# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | |
|---|---|
| SERVANT HEALTH, LLC §<br>*Plaintiff,* §<br>§<br>§<br>V. §<br>§<br>ERIC L. MCWILLIAMS and §<br>MCWILLIAMS COLLECTIVE, LLC §<br>*Defendants.* § | CAUSE:  3:22-CV-00210-TJC-LLL |

## NOTICE OF SETTLEMENT

TO THE HONORABLE COURT:

COMES NOW, the Plaintiff, Servant Health, LLC and files this notice of settlement to inform the Honorable Court that the parties in this matter have reached a resolution and have executed the attached Settlement Agreement in support thereof.

Respectfully submitted,

**TEXAS SUITS**

*(signature)*

GERRIT SCHULZE, ESQ.
*Admitted Pro Hac Vice*
13750 San Pedro Avenue, Suite 810
San Antonio, Texas 78232
(210) 503-2800 phone
(210) 503-2888 facsimile
Gerrit@txsuits.com

**ATTORNEYS FOR PLAINTIFF
SERVANT HEALTH, LLC**

Case 3:22-cv-00210-TJC-LLL   Document 78   Filed 04/28/25   Page 2 of 2 PageID 879

CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing document was served via CM/ECF on this 28th day of April 2025 on the parties listed within CM/ECF, as well as:

John J. Spence
jack@spence-law.com
Attorney for Defendant
McWilliams Collective, LLC

_____
GERRIT SCHULZE

Case 3:22-cv-00210-TJC-LLL   Document 78   Filed 04/28/25   Page 2 of 2 PageID 879

Page **2** of **2**